IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JUAN NIETO,

            Plaintiff,

v.

KARL HOFFMAN, et al.

           Defendants.

ORDER

16-cv-163-jdp

---

Plaintiff Juan Nieto is proceeding in this prisoner civil rights case on claims of Eighth Amendment deliberate indifference and state medical malpractice. Now before the court is plaintiff's request for an interpreter for the March 28, 2017 telephone pretrial conference. This motion will be denied.

In a federal civil lawsuit, the court cannot pay for an interpreter. Although the court can help plaintiff find an interpreter, plaintiff will have to pay the interpreter. If plaintiff cannot afford to pay, then there will be no interpreter. If plaintiff can pay for an interpreter, he may refile his motion.

Additionally, I will cancel the telephonic preliminary pretrial conference on March 28, 2017 because it would be unfair to plaintiff to make him participate without an interpreter. Instead, the court will set the dates and include other instructions in the pretrial conference order. If plaintiff or defendants have concerns about the dates that are set, then they should send a letter to the court explaining their concerns.

ORDER

IT IS ORDERED that plaintiff Juan Nieto's motion for an interpreter, dkt. 12, is DENIED WITHOUT PREJUDICE. The telephonic preliminary pretrial conference on March 28, 2017 is

canceled. Instead, a pretrial conference order setting the schedule for this case will be entered in the near future.

Entered this 24th day of March, 2017.

BY THE COURT:

/s/
Peter Oppeneer
Magistrate Judge